# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-2503
LT Case No. 2021-CA-239
_____

SHANNEL WRIGHT,

    Appellant,

    v.

DANIYAL ANSARI, M.D., JAMES
RIGNEY, D.O., ZOHEB SHAIKH,
M.D., DANIEL HOHLER, D.O.,
LUKE GUILLOT, M.D.,
EMERGENCY MEDICINE
PROFESSIONALS, P.A., AND
HOSPITALIST MEDICINE
PHYSICIANS OF FLORIDA – PALM
COAST, LLC,

    Appellees.

_____


On appeal from the Circuit Court for Flagler County.
Christopher A. France, Judge.

Douglas G. Rawnsley, Daytona Beach, for Appellant.

Mary J. Street and Richard E. Ramsey,  of Wicker Smith O'Hara
McCoy & Ford, P.A., Coral Gables, for Appellees, James Rigney,
D.O., Daniyal Ansari, M.D., and Zoheb Shaikh, M.D.

No Appearance for Remaining Appellees.

June 30, 2026

PER CURIAM.

AFFIRMED.

LAMBERT, EDWARDS, and EISNAUGLE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____